UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO P. TELLO, ) | |
| ) Plaintiff, ) | Case No.: 2:15-cv-01490-GMN-GWF |
| vs. ) | **ORDER** |
| MORTGAGEIT, INC., *et* al., ) | |
| ) Defendants. ) | |

This matter is before the Court on Plaintiff's Emergency Motion to Stay (#43), filed on November 7, 2015.

Plaintiff moves for an emergency stay due to a family emergency that will take Plaintiff to Ecuador until at least December 9, 2015. Plaintiff represents that his family lives in Ecuador, and that the emergency involves one of his immediate family members. Plaintiff has sufficiently established good cause for the stay. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Stay (#43) is **granted**. The case is stayed until **December 15, 2015**, upon which the stay shall automatically lift.

**DATED** this 10th day of November, 2015.

*/s/ George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge