UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO P. TELLO, )<br>                Plaintiff, )<br>vs. )<br>MORTGAGEIT, INC._, et_ al., )<br>                Defendants. ) | Case No.: 2:15-cv-01490-GMN-GWF<br><br>**ORDER** |

      This matter is before the Court on Defendant's Motion to Strike (#41), filed on November 6, 2015. Plaintiff filed a Response (#42) on November 7, 2015. Defendants Bank of New York Mellon, Mortgage Electronic Systems, Inc., and Select Portfolio Servicing filed a Joinder (#44) to the Motion to Strike on November 9, 2015. Defendant Equity Title, LLC, filed a Joinder (#45) to the Motion to Strike on November 9, 2015.

      Defendant moves to strike Plaintiff's Notice of Proposed Orders (#37), filed on October 14, 2015. Plaintiff submitted four proposed orders for the Court's consideration. Defendant objects to the proposed orders as immaterial and impertinent. Plaintiff argues that the Court might simply ignore the proposed orders if it wished to do so. The Court finds that the proposed orders were unnecessary, as the Court has not yet heard or decided any of the motions for which the proposed orders were submitted. Defendant has sufficiently established good cause for striking the proposed orders. Accordingly,

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike (#41) is **granted**. Plaintiff's Notice of Filing of Proposed Orders (#37) is hereby **stricken**.

**DATED** this 13th day of November, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge